UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURT EXHIBIT

5

UNITED STATES OF AMERICA,

- against -

KARL JORDAN, JR. and RONALD WASHINGTON,

                        Defendants.

20-CR-305 (LDH)

**VERDICT FORM**

## COUNT ONE

**(Murder While Engaged in a Narcotics Conspiracy)**

How do you find the defendant KARL JORDAN, JR.?

    Guilty  ✓                Not Guilty  _____

How do you find the defendant RONALD WASHINGTON?

    Guilty  ✓                Not Guilty  _____

## COUNT TWO

**(Murder Through Use of a Firearm)**

How do you find the defendant KARL JORDAN, JR.?

    Guilty  ✓                Not Guilty  _____

How do you find the defendant RONALD WASHINGTON?

    Guilty  ✓                Not Guilty  _____

*[signature]*
Foreperson